AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▼

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *Plaintiff* ) <br> v. ) <br> TERRENCE WILLIAMS, et al. ) <br> *Defendant* ) | Case No.  21-CR-603 (VEC) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JAMARIO MOON

Date:  10/12/2021

*Attorney's signature*

Andrew R. Safranko 2945244
*Printed name and bar number*
LaMarche Safranko Law PLLC
210 Washington Ave. Ext.
Suite 102
Albany, NY 12203

*Address*

asafranko@LSLawNY.com
*E-mail address*

(518) 982-0770
*Telephone number*

(518) 982-0773
*FAX number*