Case 1:21-cr-00603-VEC  Document 200  Filed 02/16/22  Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/16/2022

**MEMO ENDORSED**



# LaMarche Safranko Law
PLLC

*VIA ECF*

February 16, 2022

Hon. Valerie E. Caproni, United States District Court Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   USA v. Jamario Moon
      1:21-cr-00603-VEC
      Our File No.: 6812-1021

Dear Judge Caproni:

As you know, I represent Jamario Moon regarding the above-referenced matter. Mr. Moon is released with travel restrictions that include the Northern District of Alabama and the Southern, Eastern, and Northern Districts of New York. For employment, Mr. Moon is a professional basketball player who competes in the Big 3 Basketball League. Tryouts/training for the upcoming season excluding his travel restrictions include:

- Dallas-March 4, 2022
- Washington, D.C.-March 12, 2022
- Phoenix-March 19, 2022
- Chicago-April 9, 2022

I respectfully request that Mr. Moon be allowed to travel for the tryouts and training sessions related to the Big 3 Season. Assistant United States Attorney Kristy Greenberg and Pre-Trial Services Officer Antoinette Murfee consent to this request. If approved, Mr. Moon will provide Pre-Trial Services with his travel itinerary.

2 | P a g e

February 16, 2022

Please do not hesitate to contact me if you have any questions or require additional information. Thank you for your attention and consideration to this matter.

Very truly yours,

LaMarche Safranko Law PLLC

Andrew R. Safranko
asafranko@LSLawNY.com

ARS/mbl

---

Application GRANTED.

SO ORDERED.

Date: February 16, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE