USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/03/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA                    :
                                            :
        -against-                           :          21-CR-603 (VEC)
                                            :
                                            :          ORDER
JAMARIO MOON,                               :
                                            :
                          Defendant.        :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on May 31, 2022, the parties requested that the Court schedule a change-of-

plea hearing;

        IT IS HEREBY ORDERED that a change-of-plea hearing will be held on **Tuesday, June**

**28, 2022 at 2:15 P.M.**  The change-of-plea proceeding will be held in Courtroom 443 of the

Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York

10007.

        IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY

PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire.

Only those individuals who meet the entry requirements established by the questionnaire will be

permitted entry.  Additionally, any person who appears at any SDNY courthouse must comply

with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.


**SO ORDERED.**

**Dated: June 3, 2022**
**        New York, NY**

                                                    _____
                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**