USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/28/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-                             21-CR-603 (VEC)

                                                   ORDER

JAMARIO MOON,

                          Defendant.

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

         WHEREAS on June 28, 2022, the parties appeared for an arraignment;

         WHEREAS the Court arraigned Mr. Moon on the Superseding Indictment (S3); and

         WHEREAS Mr. Moon entered a plea of guilty of the Superseding Indictment (S3), which was accepted by the Court.

         IT IS HEREBY ORDERED that Mr. Moon will be sentenced on **Tuesday, November 1, 2022, at 10:30 A.M.**  Pre-sentencing submissions are due no later than **Tuesday, October 18, 2022**.  The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

         IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

Dated: June 28, 2022
       New York, NY

                                                            _____
                                                             **VALERIE CAPRONI**
                                                             **United States District Judge**