

```
                                        USDC SDNY
                                        DOCUMENT
                                        ELECTRONICALLY FILED
                                        DOC #:_____
                                        DATE FILED: 07/05/2022
```

**MEMO ENDORSED**

*VIA ECF*

July 5, 2022

Hon. Valerie E. Caproni, United States District Court Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   USA v. Jamario Moon
      1:21-cr-00603-VEC
      Our File No.: 6812-1021

Dear Judge Caproni:

As you know, I represent Jamario Moon regarding the above-referenced matter. On October 19, 2021, Your Honor released Mr. Moon on a $150,000 unsecured appearance bond and various conditions of pre-trial release. To date, Mr. Moon has abided by all terms and conditions of his pre-trial release. Mr. Moon and his family are planning to move from the Northern District of Alabama to the Northern District of Georgia. AUSA Greenberg has been advised of this proposed move and has no objection. Accordingly, I request that Mr. Moon be allowed to relocate to the Northern District of Georgia and that release condition 7(f) be modified to include: SDNY/EDNY/NDNY and the ND of Georgia.

Please advise of the Court's position. Thank you for your attention and consideration to this matter.

Very truly yours,

LAMARCHE SAFRANKO LAW PLLC

Andrew R. Safranko
asafranko@LSLawNY.com

ARS/mbl

> The Court assumes that Mr. Moon intended to request that condition 7(f) be modified to include SDNY, EDNY, N.D. Ala., and N.D. Ga. His release condition is accordingly modified to include SDNY, EDNY, N.D. Ala., and N.D. Ga.
>
> SO ORDERED.
>
> *[signature]* 07/05/2022
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE