# LaMarche Safranko Law
P L L C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/15/2022

**MEMO ENDORSED**

*VIA ECF*

July 15, 2022

Hon. Valerie E. Caproni, United States District Court Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   USA v. Jamario Moon
      1:21-cr-00603-VEC
      Our File No.: 6812-1021

Dear Judge Caproni:

Mr. Jamario Moon has been selected to join the Big 3 Basketball League and play for the 3 Headed Monsters Team for the remainder of the season. As such, I request travel permission for Mr. Moon for the dates set forth in the below chart to allow Mr. Moon to continue his basketball career and to become employed.

| Week | City | State | Travel Date | Return Date | Game Dates | Game Type |
|---|---|---|---|---|---|---|
| 5 | Dallas | Texas | July 15-16, 2022 | July 18, 2022 | July 17, 2022 | Regular Season |
| 6 | Dallas | Texas | July 21, 2022 | July 25, 2022 | July 23-24, 2022 | Regular Season |
| 7 | Dallas | Texas | July 28, 2022 | August 1, 2022 | July 30-31, 2022 | Regular Season |
| 8 | Dallas | Texas | August 4, 2022 | August 8, 2022 | August 6-7, 2022 | Regular Season |
| 9 | Tampa | Florida | August 11, 2022 | August 15, 2022 | August 14, 2022 | Regular Season |
| 10 | Atlanta | Georgia | August 18, 2022 | August 22, 2022 | August 21, 2022 | Playoffs* |

\* Mr. Moon currently resides in Atlanta. As such, additional travel permission is not necessary.

2 | Page
July 15, 2022

Prior to the start of the Big 3 season, I spoke to AUSA Greenberg and AUSA Finkel about the necessity of travel for the upcoming season. At that time, they did not object to this request. I attempted to confirm their consent via email and phone call this morning and am waiting for a reply.

Thank you for your attention and consideration of this matter.

Very truly yours,

LaMarche Safranko Law PLLC

Andrew R. Safranko
asafranko@LSLawNY.com

ARS/mbl

> Application GRANTED.
>
> SO ORDERED.
>
> 07/15/2022
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE