

*VIA ECF*

December 9, 2022

Hon. Valerie E. Caproni, United States District Court Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   USA v. Jamario Moon
      1:21-cr-00603-VEC
      Our File No.: 6812-1021

Dear Judge Caproni:

As you know, I represent Jamario Moon regarding the above-referenced matter. Mr. Moon was sentenced on November 1, 2022.

On October 7, 2021, during his arrest, Mr. Moon surrendered his passport to the FBI. FBI agents later transferred the passport to the U.S. Probation Office in Northern District of Alabama. It is my understanding that a Court order is required for Mr. Moon's passport to be returned to him or his attorney following the completion of his case. As such, it is hereby respectfully requested that you grant an order that compels the U.S. Probation Office in Northern District of Alabama to return Mr. Moon's passport to Mr. Moon or my office.

Please advise as to the Court's position. Thank you for your attention and consideration of this matter.

Very truly yours,

LAMARCHE SAFRANKO LAW PLLC

Andrew R. Safranko
asafranko@LSLawNY.com

ARS/mbl